IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GURVINDER SINGH,

        Petitioner,

v.                                                                    Case No. 2:25cv746

ICE, *et al.*,

        Respondents.

## **FINAL ORDER**

Before the Court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, Dkt. No. 1, and Respondents' Motion to Dismiss, Dkt. No. 6. In the Petition, Gurvinder Singh ("Petitioner"), an immigration detainee, challenged his continued detention at Farmville Detention Center pending his deportation to his country of citizenship, India. Dkt. No. 1.

This case was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b), and Local Civil Rule 72 for a Report and Recommendation ("R&R"). As explained in Respondents' memorandum in support of its Motion to Dismiss, Petitioner was removed from the United States to India on November 5, 2025. Dkt. No. 7 at 2. Accordingly, on March 16, 2026, the Magistrate Judge filed an R&R recommending dismissal of the Petition for lack of jurisdiction. Dkt. No. 12. By receiving copy of the R&R, each party was advised of its right to file written objections to the Magistrate Judge's findings and recommendations.[1] *Id.* at 4. The Court received no objections to the R&R and the

---

[1]     Petitioner departed the United States on November 5, 2026, and did not provide an updated address for service pursuant to Eastern District of Virginia Local Civil Rule 7(B). As a result,

time for filing objections has now expired.

Accordingly, the Court accepts the findings and recommendations set forth in the R&R, Dkt. No. 12, and it is **ORDERED** that Respondents' Motion to Dismiss for Lack of Jurisdiction, Dkt. No. 6, be **GRANTED**, and that the Petition, Dkt. No. 1, be **DISMISSED** as **MOOT**.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this Court, United State Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner's last known address and to counsel of record for Respondents.

It is SO ORDERED.

_____/s/_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: April 14, 2026

---

Petitioner's copy of the R&R was returned to the Court as undeliverable.

2